UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                v.

GERALD DEROSSE,

                Defendant.

------------------------------------------------------------X

**ORDER**
23-CR-221 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES a status conference in the above-captioned action for Tuesday, May 7, 2024 at 2:00 P.M. in Courtroom 6H North, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II. In the interest of justice, time is excluded under the Speedy Trial Act through and including that date.

The parties are also ORDERED to file a joint status report regarding Defendant's medically necessary device, under seal as appropriate, by Friday, March 8, 2024 at 5:00 P.M.

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2024
       Brooklyn, New York